FILED

2018 OCT -2 P 3:37

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-09918           DIVISION "F"

ANGELA MURTAGH

VERSUS

AMERICAS INSURANCE COMPANY

SECTION 7

FILED _____

    DEPUTY CLERK

NOW INTO COURT, through proper person, comes petitioner, Angela Murtagh, a person of the full age of majority residing in Orleans Parish, who respectfully represents that:

I.

Made defendant herein is:

    a.     Americas Insurance Company (hereinafter sometimes referred to as "insurer") a foreign insurance company authorized to do and doing business in the State of Louisiana with the Louisiana Secretary of State as its designated agent for service of process.

II.

Angela Murtagh owns property located at 3804-06 Laurel, in New Orleans, Louisiana (sometimes hereinafter referred to as "the subject property").

III.

The subject property was insured under a homeowner's policy issued by Americas Insurance Company, identified by policy number 630543, which policy was in full, force and effect at the time of the loss.

IV.

On or about October 2, 2017, plaintiff noticed water damage penetrating through the bathroom tile surrounding the tub on the 3804 side. Upon further inspection, plaintiff noticed the walls were wet in the living room and master bedroom, as well as water under the window in the kitchen. Upon information and belief, there is additional damage to walls, flooring, sub, flooring


EXHIBIT A

and other structural elements of the property. All of the damage was observed by simple inspection at the time the insured evaluated the loss.

V.

The damage sustained to 3804-06 Laurel Street was caused by a covered peril.

VI.

Insurer prepared an estimate for repair and made partial payment of $5,735.07 to plaintiff. Plaintiff avers that insurer failed to properly adjust and/or appraise her dwelling damaged as a result of the covered peril, and that additional money is owed to plaintiff for the damages to Units 3804-3806 pursuant to her Dwelling policy.

VII.

Upon information and belief, and out of an abundance of caution, plaintiff further alleges that insurer acted arbitrarily and capriciously in adjusting and appraising the damages and losses to her dwelling, and/or for fair rental value, and/or for all other relief provided by the policy and/or in paying an appropriate amount of such damage(s) after satisfactory proof of loss.

VIII.

Additionally, it has been more than 60 days since satisfactory proof of loss was submitted and more than 60 days since an inspection was made. Therefore, the plaintiff is entitled to recover from insurer under La. R.S. 22:1973 (formally La. R.S. 22:1220) and/or La. R.S. 22:1893 (formally La. R.S. 22:658) damages, penalties, attorney fees, costs and/or other relief set forth therein and any relief afforded under the law.

IX.

Accordingly, plaintiff is entitled to be compensated for her damages, however, defendant insurer has not issued adequate payment to plaintiff despite being given proper proof of loss and amicable demand. Therefore, the plaintiff requests all damages allowed under the law including but not limited to their dwelling, loss of use, emotional distress, inconvenience and loss of enjoyment of their property.

X.

The amount in controversy, exclusive of interest, court costs, attorney's fees and penalties does exceed the amount required for a trial by jury in this matter. Plaintiff reserves her right to request a trial by jury.

WHEREFORE, petitioner prays that the defendant, Americas Insurance Company, be duly served and cited to appear and answer this Petition, and that after due proceedings, there be judgment in favor of the petitioner and against the defendant for all damages as are reasonable in the premises with legal interest thereon from the date of judicial demand and for all costs of these proceedings and all general and equitable relief deemed proper by the Honorable Court.

Respectfully submitted,

_____
ANGELA MURTAGH (PROPER PERSON)
1 Bamboo Road
New Orleans, Louisiana 70124
(504) 957-7727

Please Serve:

Americas Insurance Company
Through their agent of service
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA