

**Americas Insurance Company**
Customer Service: 877-833-4163

Dwelling Policy Declaration
New Business
**Insured Copy**

PO Box 3033
Bigfork, MT 59911    Mortgagee Bill

DECLARATION EFFECTIVE: 03/07/2016

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 630543 | 03/07/2016 | 03/07/2017 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 4024 |

| NAMED INSURED AND ADDRESS: | AGENT: |
|---|---|

Angela Murtagh
505 Metairie Lawn Dr
Metairie, LA 70001

Riverlands Insurance Services, Inc
13919 River Road
Suite 110
Luling, LA 70070
Phone#: (985) 331-2766

### INSURED LOCATION:

Angela Murtagh
3804 LAUREL ST
3806
NEW ORLEANS, LA 70115

### PREMIUM SUMMARY

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | POLICY FEES / SURCHARGES | TOTAL POLICY PREMIUM |
|---|---|---|---|
| $2,569.00 | $100.00 | $138.00 | $2,807.00 |

| PRODUCT | CONST TYPE | YEAR | USE | # FAMILY | OWNER OCC | PROT CLASS | TERRITORY |
|---|---|---|---|---|---|---|---|
| DP3 | Frame | 1944 | Primary | Two | Tenant | 2 | 3941 |

**Coverages - Section I**            Limits/Pct    Premium

| | | |
|---|---|---|
| Coverage A - Dwelling | $248,000 | $2,023 |
| Coverage B - Other Structures | $24,800 | $0 |
| Coverage C - Personal Property | $30,000 | $446 |
| Coverage D - Fair Rental Value * | $24,800 | $0 |
| Coverage E - Additional Living Expense * | $24,800 | $0 |

**Coverages - Section II**

| | | |
|---|---|---|
| Coverage L - Liability | $300,000 | $90 |
| Coverage M - Medical Payments | $5,000 | $10 |

Policy Fee $60
Citizens Property Insurance Corporation Assessment $0 (0.0000)
Citizens Property Insurance Corporation High Risk Emergency Assessment $78 (0.0293)

Total Policy Premium    $2,807

**ORDINANCE OR LAW** 10% of A

All Other Perils Deductible    $1,000
Wind Hail Deductible    $4,960

AIC DEC 01 11

Insured Copy
3/11/2016



EXHIBIT B