UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ANGELA MURTAGH | * | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | * | NO.: 2:19-CV-01762 |
|  | * |  |
| *versus* | * | JUDGE: |
|  | * | MARY ANN VIAL LEMMON |
|  | * |  |
| AMERICAS INSURANCE COMPANY | * |  |
| Defendant | * | MAG JUDGE: |
|  | * | DONNA P. CURRAULT |
|  | * |  |

*************************************************************************

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that the trial dates for this matter on August 23-27, 2021, Settlement conference set for August 2, 2021, and pre-trial conference on August 12, 2021 be continued. No other scheduled matters, deadlines, or cut-offs established by this Court's Scheduling Order (Rec. Doc. 15 as amended by Rec. Docs. 53, 54, and 91) or the Federal Rules of Civil Procedure are continued or extended.

IT IS FURTHER ORDERED, that a status conference be set for the 11th day of August 2021 at 10:00 a.m to pick a new trial date.

SO ORDERED this 28th day of _____July_____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA