UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA MURTAGH | CIVIL ACTION |
| VERSUS | NO. 19-1762 |
| AMERICAS INSURANCE COMPANY | SECTION: S (2) |

AMENDED SCHEDULING ORDER

A Scheduling Conference was held August 11, 2021.

Participating were:   Jennifer S. Avallone for the Plaintiff
Kevin P. Riche for the Defendant
Craig J. Robichaux for the Intervenor Plaintiff

A settlement conference before the Magistrate Judge should be scheduled and held no later than **April 28, 2022**.

A Final Pretrial Conference will be held on **May 12, 2022 at 2:30 p.m.**  Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on **May 23, 2022 at 9:00 a.m.** before the District Judge with a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last three (3) days.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:   Shannon Shedd
Case Manager
504-589-7704

1