

MINUTE ENTRY
LEMMON, J.
AUGUST 25, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ANGELA MURTAGH | CIVIL ACTION |
|---|---|
| VERSUS | NO. 19-1762 |
| AMERICAS INSURANCE COMPANY | SECTION "S" (2) |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, AUGUST 25, 2021 (1:45 p.m. – 1:52 p.m.)**

COURTROOM DEPUTY:   Shannon Shedd
COURT REPORTER:     Sandra Minutillo

APPEARANCES:        Angela Murtagh, Pro Se
                    Craig J. Robichaux for Intervenor Plaintiff, Talley, Anthony, Hughes & Knight, LLC
                    Kevin P. Riche for Defendant, Americas Insurance Company

**HEARING TO DETERMINE COUNSEL**

Plaintiff informed the Court that she has not sought new counsel and requested six weeks to hire counsel.

The Court instructed plaintiff to obtain new counsel by Friday, September 24, 2021.

Hearing to Determine Counsel set for September 27, 2021 at 1:45 p.m.

JS-10:  0:07