UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA MURTAGH | CIVIL ACTION |
| VERSUS | NO: 19-1762 |
| AMERICAS INSURANCE CO. | SECTION: "S" (2) |

## ORDER

**IT IS HEREBY ORDERED** that the hearing to determine counsel scheduled for September 27, 2021 is continued to November 1, 2021 at 2:00 p.m.

New Orleans, Louisiana, this 21st day of September, 2021.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE