UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA MURTAGH** | * | CIVIL ACTION NO. 2:19-cv-01762 |
| **Plaintiff** | * | |
| **VERSUS** | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | |
| **AMERICAS INSURANCE COMPANY** | * | |
| | * | MAGISTRATE: DONNA P. CURRAULT |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the Motion is **GRANTED.** All proceedings in the matter are **STAYED** for six months. In light of this stay, all deadlines are **CONTINUED WITHOUT DATE.**

**IT IS FURTHER ORDERED** that, no later than August 3, 2022, the parties shall file a status report with the Court.

New Orleans, Louisiana this   7th   day of        February        2022.

_____
UNITED STATES DISTRICT JUDGE